IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

ROLANDO MENCHACA

V.

UNITED STATES OF AMERICA

CIVIL NO. DR-15-CV-10-AM
CRIMINAL NO. DR-11-CR-2197-AM

AFFIDAVIT

STATE OF TEXAS
COUNTY OF MAVERICK

Before me, the undersigned authority on this day personally appeared, Gregory D. Torres, who, being by me duly sworn, deposed as follows:

"My name is Gregory D. Torres, I am over the age of 18 and competent to execute this affidavit.

I previously represented Rolando Menchaca in cause number 2:11-CR-2197.

Prior to his sentencing I discussed the withdrawal of Mr. Menchaca's pre-sentence objections with him on several occasions and I was specifically authorized by Mr. Menchaca to withdraw the objections. Two of the reasons for withdrawing Mr. Menchaca's objections were his desire for a possible Rule 35, and the prior statements that were made by him that support the drug quantity calculations.

The above stated information is true and accurate to the best of my knowledge and is based upon my personal knowledge".

_____
Gregory D. Torres

SUBSCRIBED AND SWORN to before me on this 20 day of October 2015

_____
Notary Public

Arnulfo Gonzalez
Name of Notary Public

ARNULFO GONZALEZ
MY COMMISSION EXPIRES
November 22, 2018

My Commission expires:

11-22-2018